2011 UT App 360

**Marilyn J. MESSER, Petitioner and Appellant,**

v.

**OTHER, Respondent and Appellee.**

**No. 20110557–CA.**

Court of Appeals of Utah.

Oct. 27, 2011.

Marilyn J. Messer, Washington, Appellant Pro Se.

Before Judges DAVIS, McHUGH, and ROTH.

## DECISION

PER CURIAM:

¶1 Marilyn J. Messer appeals the trial court's order. This is before the court on its own motion for summary disposition based on the lack of a substantial question for review. Messer failed to respond to the motion. As a result, she has failed to identify a substantial question for review warranting further consideration by this court. *See* Utah R.App. P. 10. Absent a substantial issue for review, this court may summarily affirm a district court's order.

¶2 Affirmed.